JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL R.,[1] | Case No. 2:20-cv-02256 PVC |
| Plaintiff, | |
| v. | **JUDGMENT** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security,[2] | |
| Defendants. | |

IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED:  September 8, 2020

_____
PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court partially redacts Plaintiff's name in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

[2] Kilolo Kijakazi, Acting Commissioner of the Social Security Administration, is substituted for her predecessor originally named in the Complaint. *See* 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d).